**Order entered May 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01253-CV

**G.T., L.T. INDIVIDUALLY AND A/N/F OF THE MINOR O.T., ET AL., Appellants**

**V.**

**DARIUS MCCLINTON-HUNTER, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01692-2013**

## ORDER

We **GRANT** the May 27, 2014 extension motions filed by appellants G.T., L.T.,

Individually and as Next Friend of O.T., and appellants J.C. and S.C., Individually and as Next

Friend of A.C. We **ORDER** appellants' reply briefs be filed no later than June 16, 2014.

/s/     ELIZABETH LANG-MIERS
          JUSTICE